### 5737. BUTTS *v.* THE STATE.

RUSSELL, C. J. The defendant was accused of furnishing intoxicating liquor to a minor, and his defense consisted of testimony tending to show that the minor stole the liquor. Since there was direct evidence authorizing the conviction of the accused, the judgment refusing a new trial will not be reversed, there being no complaint that any error of law was committed. *Judgment affirmed. Broyles, J., not presiding.*
        DECIDED DECEMBER 9, 1914.

Accusation of misdemeanor; from city court of Sandersville—Judge Jordan. April 28, 1914.

*M. L. Gross,* for plaintiff in error.

*J. E. Hyman, solicitor,* contra.